UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-3653

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

DEANDRE SMITH,

    Defendant - Appellant.

```
FILED
Jul 14, 2025
KELLY L. STEPHENS, Clerk
```

Before: KETHLEDGE, MURPHY, and MATHIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's judgment of sentence is AFFIRMED.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*

Kelly L. Stephens, Clerk